```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, #250376
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DEANIJINIQE CAIL
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-cr-0350 KJM |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE FOR |
| | ) RESTITUTION HEARING; ORDER |
| v. | ) |
| DEANJINIQE CAIL, | ) |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Deanjinique Cail, hereby waives the right to be present in person in open court upon the hearing of the restitution hearing in this case. Defendant hereby requests the Court to proceed during her absence and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present.

Dated: October 14, 2011

                                     */s/ Deanjinique Cail*
                                     DEANJINIQUE CAIL
                                     (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: November 3, 2011

                                            */s/ Lexi Negin*
                                            LEXI NEGIN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DEANJINIQUE CAIL

**IT IS SO ORDERED.**

Dated:  November 3, 2011.

                                            UNITED STATES DISTRICT JUDGE