# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| <u>United States v. Cail, Wallace, Dotson</u>, No. Cr.S. 10-350-KJM<br><br>Jan. 5, 2012 Restitution Hearing | December 20, 2011 |

| To | From |
|---|---|
| Casey Schultz<br>Courtroom Clerk to the<br>Honorable Kimberly J. Mueller | Laurel White<br>Assistant U.S. Attorney |

At the sentencing of each of the three defendants in this case, the court continued ruling on the issue of restitution so as to give the government time to determine if the victim would be seeking restitution.  I have queried our victim-witness staff concerning the victim about any restitution claim she may make.  I am informed that the government cannot reach her because the Sacramento County probation officer assigned to her in the state court proceeding refuses to allow her to speak directly to the government. That probation officer has also failed to return my phone calls.  Not being able to reach the victim, we are unable to determine whether she is entitled to restitution.  Therefore, we will not be going forward with any motion or request that the defendants be required to pay restitution.  We will be asking the Court to vacate the restitution hearing, currently set for January 5, 2012.